STATE OF NEW JERSEY v. THERESA MOORE.

June 18, 1981.

Petition for certification denied.  (See 178 *N.J.Super.* 417)

STATE OF NEW JERSEY v. DAVID L. GREEN.

June 18, 1981.

Petition for certification denied.

ANNIE PATRICIA DIBIASE v. ANTHONY V. DIBIASE.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT ADAMS.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN RUSSELL.

June 18, 1981.

Petition for certification denied.